```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00623-RNO
David Allen Demshock                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: PRadginsk     Page 1 of 1     Date Rcvd: Apr 23, 2019
                          Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
         US BANK, NA as Trustee for Home Equity Loan Trust,    3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Jada S Greenhowe    on behalf of Creditor    PHFA-HEMAP JGREENHOWE@PHFA.ORG
         Paige Jacqueline Martineau    on behalf of Debtor 1 David Allen Demshock    pmartineau@northpennlegal.org
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE DAVID DEMSHOCK,**  Debtor, | Chapter 13  Case No. 4:19-bk-00623-RNO  Related to Doc. 27. |

UPON CONSIDERATION of Debtor's Motion to Participate in the Mortgage Modification Mediation Program, filed on March 19, 2019, and after notice and opportunity to be heard, the Motion is granted.

Dated: April 23, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RR)