```
                                      United States Bankruptcy Court
                                      Middle District of Pennsylvania
In re:                                                                    Case No. 19-00623-RNO
David Allen Demshock                                                      Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr               Page 1 of 2                  Date Rcvd: Jun 27, 2019
                              Form ID: ordsmiss             Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
```
db             +David Allen Demshock,    1601 West Fern Street,    Coal Township, PA 17866-3201
5169355         AquaPA,    762 w. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
5169360         CITI CARDS,    PO BOX 9001037,    Louisville, KY 40290-1037
5169362         Direct Energy Services,    PO Box 180,    TULSA, OK 74101-0180
5169365         FNB Bank,    P.O. Box 790408,    St. Louis, MO 63179-0408
5169367        +Homeserve USA,    601 Merritt 7,    Norwalk, CT 06851-1174
5169368        +KML LAW GROUP, P.C.,    BNY Independence Center Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
5169369        +MERCURY CARD/ FB&T,    PO BOX 84064,    COLUMBUS, GA 31908-4064
5169370         NORTHUMBERLAND CAO,    COUNTY ASSISTANCE OFFICE,    320 CHESTNUT STREET,    SUNBURY. PA 17801-2729
5169372         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5169374        +SCTJSA,    114 Bridge St.,    Shamokin, PA 17872-7690
5169373         Service Electric,    PO BOX 64711,    BALTIMORE MD 21264-4711
5169378        +U.S. BANK, N.A. AS TRUSTEE FOR HOME EQUITY LOAN TR,    C/O Ditech Financial,
                 3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
5169456         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
5190496         U.S.Bank National Assoiation, as Trustee, as succe,    c/o Ditech Financial LLC,    PO Box 12740,
                 Tempe, AZ 85284-0046
5169379        +WAKEFIELD & ASSOCIATES I,    7005 MIDDLEBROOK PIKE,    KNOXVILLE, TN 37909-1156
5169380        +Washington National,    11825 N. Pennsylvania St.,    Carmel, IN 46032-4555
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: blegal@phfa.org Jun 27 2019 19:07:05      PHFA-HEMAP,    211 North Front Street,
                 Harrisburg, PA 17101-1466
5172641        +E-mail/Text: bankruptcy@bbandt.com Jun 27 2019 19:06:56       BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
5169356        +E-mail/Text: bankruptcy@bbandt.com Jun 27 2019 19:06:56       BRANCH B&T,    223 WEST NASH ST,
                 WILSON, NC 27893-3801
5169358         EDI: CAPITALONE.COM Jun 27 2019 23:13:00      CAPITAL ONE BANK USA NA,    P O Box 30281,
                 Salt Lake City, UT 84130-0281
5169359        +EDI: CHASE.COM Jun 27 2019 23:13:00      CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5169361        +EDI: CITICORP.COM Jun 27 2019 23:13:00      CITICARDS CBNA,    POB 6241,
                 SIOUX FALLS, SD 57117-6241
5169357         EDI: CAPITALONE.COM Jun 27 2019 23:13:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
5183481         EDI: CAPITALONE.COM Jun 27 2019 23:13:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
5169363         E-mail/Text: bankruptcy.bnc@ditech.com Jun 27 2019 19:06:57       Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
5169364        +EDI: USBANKARS.COM Jun 27 2019 23:13:00      ELAN FINANCIAL CB DISPUTES,    PO BOX 108,
                 SAINT LOUIS, MO 63166-0108
5169366        +E-mail/Text: bankruptcy@fult.com Jun 27 2019 19:07:22       Fulton Bank,    P.O. Box 4887,
                 Lancaster, PA 17604-4887
5188058         EDI: RESURGENT.COM Jun 27 2019 23:13:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
5169371         E-mail/Text: blegal@phfa.org Jun 27 2019 19:07:04      Pennsylvania Housing Finance Agency-HEMAP,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
5169377         EDI: RMSC.COM Jun 27 2019 23:13:00      SYNCB/JC PENNEY,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
5169376         EDI: RMSC.COM Jun 27 2019 23:13:00      SYNCB/MEGA GROUP USA INC,    C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
5169375        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jun 27 2019 19:07:10
                 State Farm Fire and Casualty Company,    100 State Farm Place,    Ballston Spa, NY 12020-3722
                                                                                               TOTAL: 16
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jada S Greenhowe    on behalf of Creditor   PHFA-HEMAP JGREENHOWE@PHFA.ORG
          James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Paige Jacqueline Martineau    on behalf of Debtor 1 David Allen Demshock
           pmartineau@northpennlegal.org
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Allen Demshock,      Chapter     13

**Debtor 1**

Case No.     4:19–bk–00623–RNO

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated February 15, 2019.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 27, 2019         By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)